# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| CASE NUMBER | 01 C 8657 | DATE | 2/5/2003 |
| CASE TITLE | Demetrios Stathis vs. Owens International, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Motion hearing on defendants' motion to enforce the settlement agreement between the parties and compel plaintiff to execute the settlement agreement held. Enter report and recommendation recommending that it is reported and recommended, for the reasons stated of record, that the motion to enforce the settlement agreement between the parties and compel plaintiff to execute the settlement agreement (in the requested amount of $7,000) be granted as to the motion to enforce settlement and denied in the form requested as to the motion to compel plaintiff to execute the settlement agreement (It is recommended, instead, that the settlement be made payable jointly to plaintiff and plaintiff's prior counsel). The transcript of proceedings of 2/5/03 hearing and ruling shall be transcribed forthwith and filed with the District Judge. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | 2 number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | 2-7-03 date docketed | |
| | Notified counsel by telephone. | | | 30 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 2/5/2003 | |
| ✓ | Copy to judge/magistrate judge. | | date mailed notice | |
| SM courtroom deputy's initials | | Date/time received in central Clerk's Office | SM mailing deputy initials | |

(Reserved for use by the Court)

# ORDER

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10 days of receipt of this notice. Failure to file objections within the specified time waives the right to appear the Magistrate Judge's Report and Recommendation. See FED. R. CIV. P. 72 (B); 28 U.S.C. 636(B)(1)(B); LORENTZEN v. ANDERSON PEST/ CONTROL, 64 F.3D 327, 329 (7th CIR. 1995); THE PROVIDENT BANK v. MANOR STELL CORP., 882 F.2D 258 (7TH CIR. 1989).